**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1003

EMILY FAITH FULLER,

        Plaintiff - Appellee,

    v.

JERROD ANTONIO FULLER,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:24-cv-02880-SAG)

Submitted:  August 21, 2025                          Decided:  August 25, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jerrod Antonio Fuller, Appellant Pro Se.  Emily Faith Fuller, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerrod Antonio Fuller seeks to appeal the district court's orders remanding for lack of jurisdiction Fuller's family law action to the state court from which it was removed and denying his motion for reconsideration. "[T]he law as it stands today provides that an order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise, except that an order remanding a case to the State court from which it was removed pursuant to [28 U.S.C. §] 1442 or [§] 1443 . . . shall be reviewable by appeal or otherwise." *BP P.L.C. v. Mayor & City Council of Balt.*, 141 S. Ct. 1532, 1536-37 (2021) (cleaned up). The district court remanded the case to state court for lack of federal subject matter jurisdiction, and removal was not premised on § 1442 or § 1443. We therefore are without jurisdiction to review the remand order.

Accordingly, we deny Fuller's motion for reconsideration and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2